GODBEY GIARDINA
LAW GROUP

By separate order today, the Court has referred the case to Judge Aaron for general pretrial management and for settlement. Judge Aaron will address the parties' joint request to stay.

SO ORDERED.
Jennifer H. Rearden
Jennifer H. Rearden, U.S.D.J.
Dated: October 21, 2026

October 20, 2026

**VIA ECF and EMAIL**: ReardenNYSDChambers@nysd.uscourts.gov

Hon. Jennifer H. Rearden
United States District Judge
United States District Court
Southern District of New
York 500 Pearl Street,
Room 1010 New York, NY
10007

Re: Alpha Leblanc Properties, LLC et al., v. Mt. Hawley Insurance Company 1:25 Civ. 03938 (JHR)
Joint Request for an Order of Referral for the purpose of settlement

Dear Hon. Judge Rearden:

We represent Plaintiffs, Alpha Leblanc Properties, LLC and Dr. Joshua Leblanc (collectively "Plaintiffs" or "Alpha Leblanc"), in the above-referenced matter. Please allow this letter motion as a joint request by Plaintiffs and Defendant Mt. Hawley Ins. Co. (collectively, "the Parties"), for an Order of Referral to Magistrate Judge Stewart D. Aaron for the purpose of conducting a court-supervised settlement conference.

The Parties have engaged in an initial discovery and agree that a court-supervised settlement conference at this juncture would be highly productive. A neutral mediator will assist the parties in exploring an early, cost-effective resolution to this dispute without further depleting judicial and client resources.

The Parties have conferred regarding availability and are prepared to exchange confidential settlement statements and participate in a settlement conference at the earliest date convenient for Magistrate Judge, Honorable Stewart D. Aaron.

The Parties further request that all deadlines established by the current Scheduling Order be stayed for forty-five (45) days following entry of the Order of Referral. This limited stay would allow the Parties to focus their efforts and resources on settlement negotiations while awaiting the scheduling of the court-supervised settlement conference, without incurring unnecessary discovery and

Case 1:25-cv-03939-JHR Document 51 Filed 10/20/25 Page 2 of 2

litigation expenses. Should the settlement conference not occur within the requested forty-five (45) day period, the Parties respectfully reserve the right to seek an extension of the stay, if necessary.

**Accordingly, the Parties respectfully request that the Court enter an Order referring this matter to Magistrate Judge Stewart D. Aaron for a court-supervised settlement conference and staying all existing Scheduling Order deadlines for forty-five (45) days following entry of the Order of Referra**l. A proposed Order is attached for Your Honor's consideration.

We thank the Court for its time and consideration of this request.

Respectfully,

**GODBEY GIARDINA LAW GROUP**

*/S/Aaron L. Godbey*
Aaron Godbey (Pro Hac Vice)
aaron@g-glawgroup.com
(985) 231-5888

*Counsel for Plaintiffs*

CC: Eric Leibowitz, Counsel for Defendant