**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Alpha Leblanc Properties, LLC, et al.,**

**Plaintiffs,**

**-against-**

**Mt. Hawley Insurance Company,**

**Defendant.**

**1:25-cv-03938 (JHR) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The above-referenced action has been referred to Magistrate Judge Stewart D. Aaron for general pretrial management, including settlement. (Referral Order, ECF No. 52.) The parties' joint request for a stay in order for the parties to pursue settlement (*see* 10/20/26 Jt. Mot., ECF No. 51) is GRANTED. Based upon the Court's unavailability for a settlement conference between November 16, 2026 and December 18, 2026, the Court hereby stays this action until January 8, 2027 (rather than for the 45-day period requested by the parties).[1]

It is hereby ORDERED that, no later than Thursday, October 29, 2026, the parties jointly shall submit, via email to Aaron_NYSDChambers@nysd.uscourts.gov, at least four mutually agreeable dates for a remote settlement conference using Microsoft Teams. The email should indicate whether the parties are available on the selected dates in the morning, afternoon, or both. The parties should consult Judge Aaron's Settlement Conference Procedures, available on the SDNY website, for the attendance requirements for the settlement conference.

[1] The only date presently available for a settlement conference prior to November 16, 2026, is Wednesday, November 4, 2026. If the parties and their counsel are available on November 4, they shall so advise the Court as soon as possible.

**SO ORDERED.**

Dated: New York, New York
October 22, 2026

STEWART D. AARON
United States Magistrate Judge